MARIA PASSETTI, Appellant, v. CHARLES B. SHANKS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ALEXANDER PERLMAN, Appellant, v. BELLE PERLMAN, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

LEONARD PORTER, Appellant, v. WALDO G. FAY, Respondent.— Order, as resettled, modified so as to provide that the plaintiff may not be examined as to the nature of the contract between the parties; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred. Order to be settled before Mr. Justice Mills.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES T. BARKER and STEPHEN G. LOCHARY, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LALANCE & GROSJEAN MANUFACTURING COMPANY, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEOPOLD LAURITANO, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR WIGREN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD C. MOORE, JR., Appellant, v. ROBERT H. NEVILLE and Others, Assessors, Constituting the Board of Assessors of the City of Yonkers, Respondents. Taxes of 1916.— Order reversed, without costs. Findings modified, and as so modified affirmed, and judgment directed accordingly, with costs of the proceedings, but not of this appeal, upon authority of People ex rel. Moore v. Neville (180 App. Div. 904), decided October 5, 1917, which decision affords the basis for the disposition of this case. Jenks, P. J., Stapleton and Mills, JJ., concurred; Blackmar, J., dissented; Putnam, J., not voting. Order to be settled before the presiding justice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH R. WILSON, Appellant, v. WILLIAM McADOO, as Chief City Magistrate, and Others, Constituting the Board of City Magistrates of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.